1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10                         **EASTERN DIVISION**

11

12  JEFFREY W. DYKE,              )    No. EDCV 09-249 CW
                                  )
13              Plaintiff,        )    JUDGMENT
                                  )
14        v.                      )
                                  )
15  MICHAEL J. ASTRUE,            )
    Commissioner, Social Security )
16  Adminstration,               )
                                  )
17              Defendant.        )
    _____)

18

19        **IT IS ADJUDGED** that this action is remanded to defendant for

20  further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

21  and consistent with the accompanying Decision and Order.

22

23  DATED: July 6, 2010

24

25                              _____
                                        CARLA M. WOEHRLE
26                              United States Magistrate Judge

27

28